THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terrell Deon
 Cherry, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2007-UP-378
 Submitted September 14, 2007  Filed
 September 18, 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia,  for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Kevin Scott
 Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Cherry pled guilty to distribution of crack cocaine,
 distribution of crack cocaine within proximity of a public school, possession
 of cocaine, possession of ecstasy, possession of crack cocaine with intent to
 distribute, and possession of crack cocaine with intent to distribute within
 proximity of a public school. As a result of a negotiated plea agreement, he
 received concurrent sentences totaling ten years.  Cherrys counsel maintains
 that the ten-year sentence was disproportionate under the circumstances. After a thorough review of the record
 and counsels brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss Cherrys appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.